JOHN MILWITT
1164 Solano Avenue, # 122
Albany California 94706

Telephone: 707-829-3200

Plaintiff in pro se

FILED
OCT - 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,
    Plaintiff,

v.

JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORPORATION, CORNELL CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS, Does 1-100
    Defendants.  /

Case #:  

**COMPLAINT FOR MONETARY DAMAGES FOR CIVIL RIGHT VIOLATIONS UNDER COLOR OF LAW**
[42 USC §§ 1983 & 1984]

<u>DEMAND FOR JURY TRIAL</u>

    Between 2002, and 2007 Plaintiff was the defendant in a criminal action before the United States District court for the Northern District of California in case # 04-002-CRB. In about February of 2007 Plaintiff was acquitted of all charges in the aforementioned criminal action.

    Plaintiff believes and alleges that the defendants in this civil action were employed by (or were contracted with, or were in a state of agency to) the United States Government deliberately, and maliciously prosecuted Plaintiff, under color

of law, while fully knowing the wrongfulness of the prosecution. Wherefore Plaintiff was wrongfully incarcerated.

Plaintiff believes and alleges that Defendants held Defendant in wrongful conditions of confinement. The wrongfulness of said confinement included but was not limited to denial of law library, adequate access to telephones, which prolonged Plaintiff's wrongful incarceration. Plaintiff believes and alleges that same was deliberately done to hamper Plaintiffs ability to defend him self in his criminal case.

Plaintiff believes and alleges that the defendants in this action all conspired to deprive Plaintiff of his civil rights under color of law.

Plaintiff was wronged and personally suffered damages, and is also liable to numerous second party claimants.

Wherefore Plaintiff sues defendants under, 42 USC §§1983 1984 et seq, and *BIVENS V. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS AGENTS* 42 USC §1983.

_____   Dated: 1st of October 2007
JOHN MILWITT,
  Plaintiff in pro se