FILED

OCT - 1 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clear Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT

      Plaintiff,

vs.

ASHCROFT et al.

      Defendant.

CASE NO. C 07 5078 MJJ

APPLICATION TO PROCEED
IN FORMA PAUPERIS
(Non-prisoner cases only)

I, John Milwitt, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?    Yes ____ No  X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

- 1 -

1  and wages per month which you received.
2  _____
3  _____
4  _____
5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:
7       a.    Business, Profession or              Yes ✗  No ___
8             self employment?
9       b.    Income from stocks, bonds,           Yes ___ No ✗
10            or royalties?
11      c.    Rent payments?                       Yes ___ No ✗
12      d.    Pensions, annuities, or              Yes ___ No ✗
13            life insurance payments?
14      e.    Federal or State welfare payments,   Yes ___ No ✗
15            Social Security or other govern-
16            ment source?
17 If the answer is "yes" to any of the above, describe each source of money and state the amount
18 received from each.
19 __$2,118⁵⁵ (over last six months)_____
20 _____
21 3.   Are you married?                           Yes ___ No ✗
22 Spouse's Full Name: _____
23 Spouse's Place of Employment: _____
24 Spouse's Monthly Salary, Wages or Income:
25 Gross $_____  Net $_____
26 4.   a.    List amount you contribute to your spouse's support: $ _____
27      b.    List the persons other than your spouse who are dependent upon you for support
28            and indicate how much you contribute toward their support. (NOTE: For minor

- 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)
2    _____
3    _____
4    5.    Do you own or are you buying a home?      Yes ___   No ✗
5    Estimated Market Value: $_____   Amount of Mortgage: $_____
6    6.    Do you own an automobile?                 Yes ___   No ___
7    Make _____ Year _____ Model _____
8    Is it financed? Yes _____ No _____ If so, Total due: $ _____
9    Monthly Payment: $ _____
10   7.    Do you have a bank account?   Yes ____ No ✗ (Do not include account numbers.)
11   Name(s) and address(es) of bank: _____
12   _____
13   Present balance(s):  $ _____
14   Do you own any cash?  Yes ✗ No ___   Amount: $ 41 25
15   Do you have any other assets?  (If "yes," provide a description of each asset and its estimated
16   market value.)                                   Yes ___   No ___
17   _____
18   8.    What are your monthly expenses?
19   Rent: $ homeless_____ Utilities: _____
20   Food: $ on food stamps_____ Clothing: _____
21   Charge Accounts:
22   Name of Account          Monthly Payment           Total Owed on This Account
23   none_____ $ _____    $ _____
24   _____ $ _____    $ _____
25   _____ $ _____    $ _____
26   9.    Do you have any other debts?  (List current obligations, indicating amounts and to whom
27   they are payable.  Do not include account numbers.)
28   over $300,000.00 (I lost track)

- 3 -

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ___  No _X_

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_____

_____

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

2nd of October 2007                    [signature]

DATE                                   SIGNATURE OF APPLICANT