FILED
APR 0 3 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT,<br>　　　　Plaintiff,<br><br>v.<br><br>JOHN ASHCROFT,<br><br>　　　　Defendant.<br>_____/ | No. C07-05078 MJJ<br><br>ORDER<br>RE: APPLICATION TO PROCEED IN<br>FORMA PAUPERIS |

　　(X)　**IT IS SO ORDERED** that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.
　　**IT IS FURTHER ORDERED** that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

　　( )　**IT IS SO ORDERED** that the application to proceed in forma pauperis is DENIED, and that the filing fee of $350.00 be paid no later than _____. Failure to pay the filing fee by that date will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedures. Plaintiff has a continuing obligation to keep the Court informed of his or her current address. Failure to do so may result in dismissal of this action.

　　( )　**IT IS SO ORDERED** that the application to proceed in forma pauperis is DENIED and that plaintiff is further ordered to make a partial payment of the filing fee in the amount of　　$_____ by _____. Failure to do so will result in dismissal of the above-entitled action without prejudice. The plaintiff is hereby apprised of his/her responsibility to serve the complaint and any amendments, scheduling orders, attachments, pursuant to Rule 4, Federal Rules of Civil Procedure. Plaintiff has a continuing obligation to keep the Court informed of his/her current address. Failure to do so may result in dismissal of this action.

Dated: April 3, 2008

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,

        Plaintiff,

v.

JOHN ASHCROFT et al,

        Defendant.
_____/

Case Number: CV07-05078 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 4, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
1164 Solano Avenue, #122
Albany, CA 94706

Dated: April 4, 2008

*MNarcisse*

Richard W. Wieking, Clerk
By: Monica Narcisse, Deputy Clerk