Case 4:07-cv-05078-CW   Document 13   Filed 05/01/2008   Page 1 of 4

U-285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| John Milwitt | C-07-5078-CW |
| DEFENDANT | TYPE OF PROCESS |
| John Ashcroft, et al | ***see below |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Alberto Gonzales, U.S. Attorney General
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

John Milwitt
1164 Solano Ave., #122
Albany, CA 94706

Number of process to be served with this Form 285
Number of parties to be served in this case
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

***summons & Complaint
docket #s 1,2,4, & 7

ENTERED

Signature of Attorney other Originator requesting service on behalf of:
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: 510-637-3530
DATE: 4/15/08

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only for USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| | 1 | No. 11 | No. 11 | Hma C | 4/18/08 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in defendant's usual place of abode

Address (complete only if different than shown above)

Date: See below
Time: ☐ am ☐ pm

Signature of U.S. Marshal or Deputy: Hma C    Admin Support Asst

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $8.00 | — | — | $8.00 | 0 | $0.00 |

REMARKS: Mailed a copy by certified Mail on 4/18/08
Received acknowledgement on 4/29/08

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| John Milwitt | ) |
|---|---|
| Plaintiff | ) |
| v. | )   Civil Action No.   C-07-5078-CW |
| John Ashcroft, et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To:   (See Attached)
         *(Defendant's name)*

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date:  APR 1 5 2008

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __4/18/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, __By Certified Mail__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
        who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
        _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __8.00__ for travel and $ _____ for services, for a total of $ __0.00__.

Date: __4/29/08__

                                                                          Hima C_____ - Admin Support Asst.
                                                                          Server's signature

                                                                          HIMA CHAUDHARY - A
                                                                          Printed name and title

                                                                          Federico Rocha - U.S. Marshal
                                                                          Server's address

C-07-5078-CW Milwitt-v-Ashcroft
Summons in a Civil Action


TO:   John Ashcroft
      U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      Alberto Gonzales
      U.S. Attorney General
      U.S. Department of Justice
      950 Pennsylvania Avenue, NW
      Washington, DC 20530-0001

      U.S. Attorney Office
      450 Golden Gate Ave., 9th Floor
      San Francisco, CA 94102

      County of Alameda
      Board of Supervisors
      Administration Building
      1221 Oak Street, #536
      Oakland, CA 94612

      County of Alameda
      Richard Winnie, County Counsel
      1221 Oak St., #463
      Oakland, CA 94612