Case 4:07-cv-05078-CW  Document 12  Filed 05/01/2008  Page 1 of 4

285 is a 5-part form. Fill out the form and print 5 copies. Sign as needed and route as specified below.

| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See "Instructions for Service of Process by U.S. Marshal" |
|---|---|

| PLAINTIFF<br>John Milwitt | COURT CASE NUMBER<br>C-07-5078-CW |
|---|---|
| DEFENDANT<br>John Ashcroft, et al | TYPE OF PROCESS<br>***see below |

**SERVE AT**
- NAME OF INDIVIDUAL, COMPANY, CORPORATION. ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
  John Ashcroft, U.S. Attorney General
- ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
  U.S. Department of Justice, 950 Pennsylvania Ave., N.W., Washington, DC 20530-0001

FILED MAY - 1 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

RECEIVED 2008 APR 17 PM 2:39 UNITED STATES MARSHAL NORTHERN DISTRICT OF CALIFORNIA - OAKLAND

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| John Milwitt<br>1164 Solano Ave., #122<br>Albany, CA  94706 | Number of process to be served with this Form 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (*Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service*):

Fold                                                                      Fold

***summons & Complaint
docket #s 1,2,4, & 7

| Signature of Attorney other Originator requesting service on behalf of:<br>[signature]  ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER<br>510-637-3530 | DATE<br>4/15/08 |
|---|---|---|

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only for USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 11 | District to Serve<br>No. 11 | Signature of Authorized USMS Deputy or Clerk<br>Hima C | Date<br>4/18/08 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (*See remarks below*)

| Name and title of individual served (*if not shown above*) | ☐ A person of suitable age and discretion then residing in defendant's usual place of abode |
|---|---|
| Address (*complete only if different than shown above*) | Date: see below   Time: ___ ☐ am ☐ pm |
| | Signature of U.S. Marshal or Deputy<br>Hima C    Civil Clerk |

| Service Fee<br>$8.00 | Total Mileage Charges<br>including *endeavors*<br>— | Forwarding Fee<br>— | Total Charges<br>$8.00 | Advance Deposits<br>0 | Amount owed to U.S. Marshal* or (Amount of Refund*)<br>$0.00 |
|---|---|---|---|---|---|

REMARKS:  Mailed a copy by Certified Mail on 4/18/08
Received acknowledgment on 4/29/08

PRINT 5 COPIES:
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal.
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev. 12/15/80
Automated 01/00

AO 440 (Rev. 03/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| John Milwitt | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No.  C-07-5078-CW |
| John Ashcroft, et al | ) |
| Defendant | ) |

**Summons in a Civil Action**

To: (See Attached)
   (Defendant's name)

A lawsuit has been filed against you.

Within  60  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Richard W. Wieking
Name of clerk of court

Date: APR 1 5 2008

Deputy clerk's signature

(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)

AO 440 (Rev. 03/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on __4/18/08__,
by:

    (1) personally delivering a copy of each to the individual at this place, __By Certified Mail__ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
       who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
       _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____.

My fees are $ __8.00__ for travel and $ __—__ for services, for a total of $ __0.00__.

Date: __4/29/08__

                                                                             Hima Ch_____ — Admin. Support Asst.
                                                                             Server's signature

                                                                             HIMA CHAUDHARY — Admin. Support Asst.
                                                                             Printed name and title

                                                                             Federico Rocha — U.S. Marshal
                                                                             Server's address

C-07-5078-CW Milwitt-v-Ashcroft
Summons in a Civil Action

TO:  John Ashcroft
     U.S. Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

     Alberto Gonzales
     U.S. Attorney General
     U.S. Department of Justice
     950 Pennsylvania Avenue, NW
     Washington, DC 20530-0001

     U.S. Attorney Office
     450 Golden Gate Ave., 9th Floor
     San Francisco, CA 94102

     County of Alameda
     Board of Supervisors
     Administration Building
     1221 Oak Street, #536
     Oakland, CA 94612

     County of Alameda
     Richard Winnie, County Counsel
     1221 Oak St., #463
     Oakland, CA 94612