1  Clyde A. Thompson, SBN 72920
   Rebecca S. Widen, SBN 219207
2  HAAPALA, THOMPSON & ABERN, LLP
   1939 Harrison Street, Suite 800
3  Oakland, California 94612
   Tel:    510-763-2324
4  Fax:    510-273-8570

5  Attorneys For Defendants
   COUNTY OF ALAMEDA and CHARLES PLUMMER

6

7

8                    UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA – OAKLAND

10 JOHN MILWITT,                        )  Case No.:  C07-05078 CW
                                        )
11             Plaintiff,               )  **AMENDED NOTICE OF HEARING ON**
                                        )  **DEFENDANTS' MOTION TO DISMISS**
12     vs.                              )  **PURSUANT TO FRCP 12(b)(6), OR**
                                        )  **ALTERNATIVELY, MOTION FOR A**
13 JOHN ASHCROFT, ALBERTO GONZALES,)    **MORE DEFINITE STATEMENT**
   CHARLES PLUMBER, COUNTY OF           )
14 ALAMEDA, GEO CORPORATION,            )  **NEW Date:    July 3, 2008**
   CORNELL CORRECTIONS, MATHEW          )  **Time:        2:00 p.m.**
15 LAING, BERNARD ELLIS, FRAN           )  **Courtroom:   2, 4th Floor**
   WATKINS, DOES 1-100,                 )
16                                      )
               Defendants.              )
17 ─────────────────────────────────────)

18         Due to the unavailability of the Court, Defendants COUNTY OF ALAMEDA and

19 CHARLES PLUMMER'S Motion To Dismiss Pursuant To FRCP 12(b)(6), **)**, Or Alternatively,

20 Motion For A More Definite Statement [Docket #14], originally noticed for June 26, 2008, at

21 2:00 p.m., will be held on **July 3, 2008 at 2:00 p.m.** in Courtroom 2, 4th Floor, United States

22 District Court, 1301 Clay Street, Oakland, California, 94612.

23 Dated:  May 14, 2008

24                              HAAPALA, THOMPSON & ABERN, LLP

25

26              By:    /s/ Rebecca S. Widen
                       ─────────────────────────────
27                     Rebecca S. Widen
                       Attorneys For Defendants
28                     COUNTY OF ALAMEDA and
                       CHARLES PLUMMER

                                    1

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

1

**PROOF OF SERVICE**

2    Laura C. M. Dobbins certifies and declares as follows:

3    I am employed in the County of Alameda, State of California.  I am over the age of 18

4    years, and not a party to this action.  My business address is 1939 Harrison Street, Suite 800,

5    Oakland, California, 94612-3527.

6    On May 14, 2008, I served the foregoing document described as  **AMENDED NOTICE**

7    **OF HEARING ON DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP**

8    **12(b)(6), OR ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT** on

9    all interested parties in this action, in the manner set forth below.

10
11    ☐    **By Facsimile:**  By personally transmitting a true copy of the document(s) via an electronic facsimile machine maintained at 510-273-8570, between the hours of 8:00 a.m. and 5:00 p.m., to the numbers listed below.

12
13    ☐    **By Electronic Mail:**  By personally transmitting a true copy of the document(s) via an electronic mail account maintained at the law firm of Haapala, Thompson & Abern, LLP, between the hours of 8:00 a.m. and 5:00 p.m., to the e-mail address listed below. The transmission was reported as complete and without error.

14
15    ☐    **By Messenger Service:**  By arranging for said document(s) to be picked up by an agent for One Hour Delivery to be delivered on the date set forth below, to the address set forth below.

16
17    ☒    **By Mail:**  By placing the document(s) listed above in an envelope addressed as set forth below, with postage thereon fully prepaid, in the United States mail at Oakland, California.  I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service.  Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business with postage fully prepaid.

18
19
20
21    ☐    **Overnight Delivery:**  By placing the document(s) in an envelope designated by United Parcel Service ("UPS"), an express service carrier, for delivery by Next Day Service for which delivery fees were paid or provided, with said envelope addressed as set forth below.  I deposited the envelope in a box or other facility regularly maintained by UPS, or delivered to a courier or driver authorized by said express service carrier to receive documents.

22
23

24    John Milwitt                                              Plaintiff In Pro Per
25    1164 Solano Avenue, #122
      Albany, CA 94706
      Tel:    707-829-3200
26

27    /

28    /

Proof Of Service/Pg 1

*Milwitt v. Ashcroft, et al.,/*Case #C07-05078 CW
Amended Notice Of Hearing On Defendants' Motion To Dismiss Pursuant To
FRCP 12(b)(6), Or Alternatively, Motion For A More Definite Statement

I declare under penalty of perjury under the laws of the United States of America, and the laws of the State of California that the above is true and correct. Executed on May 14, 2008, at Oakland, California.

_Laura C M Dobbins_

_____
Laura C. M. Dobbins

Haapala, Thompson & Abern LLP
Attorneys At Law
Park Plaza Building
1939 Harrison St., Suite 800
Oakland, California 94612
Telephone: 510-763-2324
Facsimile: 510-273-8570

_Milwitt v. Ashcroft, et al.,_/Case #C07-05078 CW
Amended Notice Of Hearing On Defendants' Motion To Dismiss Pursuant To
FRCP 12(b)(6), Or Alternatively, Motion For A More Definite Statement