OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

April 7, 2008

John Milwitt
1164 Solano Avenue, #122
Albany, CA 94706

*** S E C O N D     R E Q U E S T ***
5/14/08

Re:    John Milwitt -v- John Ashcroft
       C 07-5078 MJJ

Dear Counsel,

An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:    Sheila L. Rash
       Case Systems Administrator

| **Defendant** | **Mailing Address** |
|---|---|
| Charles Plumber | _____ |
| | _____ |
| GEO Corporation | _____ |
| | _____ |

Cornell Corrections     _____

                        _____

Mathew Laing           _____

                        _____

Bernard Ellis          _____

                        _____

Fran Watkins           _____

                        _____