JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
NEILL T. TSENG (CSBN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN MILWITT,<br><br>        Plaintiffs,<br><br>  v.<br><br>JOHN ASHCROFT, ET AL.,<br><br>        Defendants. | No. C 07-5078 CW<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that representation of Defendants in the above-entitled proceeding will be by Neill T. Tseng, Assistant United States Attorney.

Dated: June 9, 2008                              Respectfully submitted,

                                                      JOSEPH P. RUSSONIELLO
                                                     United States Attorney


                                                     /s/
                                                   NEILL T. TSENG
                                                   Assistant United States Attorney

1 **CERTIFICATE OF SERVICE**

2 The undersigned hereby certifies that she is an employee of the Office of the United
3 States Attorney for the Northern District of California and is a person of such age and discretion
4 to be competent to serve papers. The undersigned further certifies that she is causing a copy of
5 the following:

6 **NOTICE OF APPEARANCE**

7 <u>John Milwitt v. John Ashcroft, et al.</u>
C 07-5078 CW
8
9 to be served this date upon the party in this action by placing a true copy thereof in a sealed
envelope, and served as follows:
10

11   __X__   **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.
12
         **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid
13       in the designated area for outgoing U.S. mail in accordance with this office's practice.

14   ____   **ELECTRONIC MAIL**

15   ____   **FEDERAL EXPRESS**

16   ____   **PERSONAL SERVICE (BY MESSENGER)**

17   ____   **FACSIMILE (FAX)**   Telephone No.:  See Below_____

18 to the party(ies) addressed as follows:

19 John Milwitt
1164 Solano Avenue #122
20 Albany, CA 94706

21 I declare under penalty of perjury under the laws of the United States that the foregoing is
22 true and correct.

23 Executed on June 9, 2008 at San Francisco, California.

24

25

26                                      /s/_____
                                         BONNY WONG
27                                       Legal Assistant

28