| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>NEILL T. TSENG (CSBN 220348) |
| 4 | Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 7 | Telephone: (415) 436-7155<br>FAX: (415) 436-6748 |
| 8 | neill.tseng@usdoj.gov |
| 9 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| JOHN MILWITT, | ) | |
| | ) | No. C 07-5078 CW |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **AMENDED NOTICE OF APPEARANCE** |
| | ) | |
| JOHN ASHCROFT, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

PLEASE TAKE NOTICE that representation of Defendants, John Ashcroft and United States Attorney General Alberto Gonzales in the above-entitled proceeding will be by Neill T. Tseng, Assistant United States Attorney.

Dated: June 9, 2008                              Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

_/s/_____
NEILL T. TSENG
Assistant United States Attorney

Notice of Appearance
C 07-5078 CW

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she is causing a copy of the following:

**AMENDED NOTICE OF APPEARANCE**

<u>John Milwitt v. John Ashcroft, et al.</u>
C 07-5078 CW

to be served this date upon the party in this action by placing a true copy thereof in a sealed envelope, and served as follows:

__X__  **FIRST CLASS MAIL** by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **CERTIFIED MAIL** (# ) by placing such envelope(s) with postage thereon fully prepaid in the designated area for outgoing U.S. mail in accordance with this office's practice.

____  **ELECTRONIC MAIL**

____  **FEDERAL EXPRESS**

____  **PERSONAL SERVICE (BY MESSENGER)**

____  **FACSIMILE (FAX)**  Telephone No.: _See Below_____

to the party(ies) addressed as follows:

John Milwitt
1164 Solano Avenue #122
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 9, 2008 at San Francisco, California.

_/s/_____
BONNY WONG
Legal Assistant