IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN ASHCROFT, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-05078 CW<br><br>CLERK'S NOTICE<br>TAKING MOTION UNDER<br>SUBMISSION |

On May 12, 2008, Defendants County of Alameda and Charles Plummer filed a Motion to Dismiss Pursuant to FRCP 12(b)(6), or Alternatively, Motion for More Definite Statement and noticed the motion for July 3, 2008.  Plaintiff's opposition to the motion was due June 12, 2008.  To date, Plaintiff has filed no opposition.  Accordingly,

Notice is hereby given that the Court, on its own motion, shall take Defendants County of Alameda and Charles Plummer's Motion to Dismiss Pursuant to FRCP 12(b)(6), or Alternatively, Motion for More Definite Statement under submission on the papers.  The hearing previously scheduled for July 3, 2008, is vacated.  Plaintiff's written opposition to the motion will be due July 3, 2008, and any reply by Defendants will be due July 10, 2008.  **Failure by Plaintiff to timely file an opposition may result in**

**dismissal of this case for failure to prosecute.**

On April 14, 2008, the Clerk mailed to Plaintiff a second request for addresses for service of the complaint and summons on defendants (copy attached). To date, Plaintiff has failed to provide addresses for service. Plaintiff is again requested to provide addresses for service by July 3, 2008. Failure to provide addresses may result in dismissal of those defendants for failure to prosecute.

Dated: 6/18/08

*Sheilah Cahill*
SHEILAH CAHILL
Deputy Clerk

**United States District Court**
For the Northern District of California

1
2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

3
4  MILWITT et al,

Case Number: CV07-05078 CW

5         Plaintiff,

**CERTIFICATE OF SERVICE**

6    v.

7  ASHCROFT et al,

8         Defendant.
                                  /

9
10  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

11  That on June 18, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12  envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13
14

15  John  Milwitt
1164 Solano Avenue
16  #122
Albany,  CA 94706
17
Dated: June 18, 2008
18
                                    Richard W. Wieking, Clerk
                                    By: Sheilah Cahill, Deputy Clerk
19
20
21
22
23
24
25
26
27
28

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Richard W. Wieking
Clerk

450 Golden Gate Avenue
San Francisco, CA 94102
415.522.2000

April 7, 2008

John Milwitt
1164 Solano Avenue, #122
Albany, CA 94706

\*\*\* S E C O N D    R E Q U E S T \*\*\*
5/14/08

Re:   John Milwitt -v- John Ashcroft
      C 07-5078 MJJ

Dear Counsel,

An Order has been filed in the subject case that the complaint and summons be served upon the defendant(s).

To insure that proper service is made, the address(es) of the following defendant(s) must be submitted to this office. Please print the address of each listed defendant in the space provided below and return this information in the self-addressed postage paid envelope provided as soon as possible in order to expedite this matter.

Sincerely,

RICHARD W. WIEKING, Clerk

by:   Sheila L. Rash
      Case Systems Administrator

**Defendant**

~~Charles Plumber~~

GEO Corporation

**Mailing Address**

_____

_____

_____

_____

Cornell Corrections         _____

                            _____

Mathew Laing                _____

                            _____

Bernard Ellis               _____

                            _____

Fran Watkins                _____

                            _____