JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Federal Defendants JOHN ASHCROFT and ALBERTO GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN MILWITT, | No. 07-5078 CW |
|     Plaintiff, | DECLARATION OF NEILL T. TSENG IN SUPPORT OF FEDERAL DEFENDANTS' MOTION FOR ADMINISTRATIVE RELIEF RESETTING DATE OF INITIAL CASE MANAGEMENT CONFERENCE |
| v. | |
| JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORPORATION, CORNELL CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS, Does 1-100, | |
|     Defendants. | |

    1.    I am an Assistant United States Attorney for the Northern District of California and represent Federal Defendants John Ashcroft and Alberto Gonzales (collectively, the "Federal Defendants") in this action. I submit this declaration in support of the Federal Defendants' Motion for Administrative Relief Resetting Date of Initial Case Management Conference filed concurrently herewith. I have personal knowledge of the matters in this declaration and could testify competently if called upon to do so.

2. I am scheduled to be in Columbia, South Carolina from July 14-24, 2008 attending a DOJ trial advocacy course.

3. I have a deposition scheduled for August 12, 2008, and am scheduled to be out of town on vacation the entire week of August 18, 2008, including August 19.

4. On July 2, 2008, Defendants Charles Plumber and the County of Alameda, through their counsel Rebecca S. Widen, informed me that they have no objection to the requested change of the date of the initial case management conference from July 22, 2008 to August 26, 2008.

5. On July 1 and July 2, 2008, I attempted to contact Plaintiff John Milwitt at the phone number listed on his complaint, (707) 829-3200, to ask whether he would stipulate to the requested date change of the initial case management conference. Both times, I received a message stating that the phone number has been disconnected or is no longer in service.

6. I have another initial case management conference scheduled for July 22, 2008 at 2:00 p.m. in San Jose before Magistrate Judge Patricia V. Trumbull in <u>Abdulhamid v. United States</u>, C 08-1737 PVT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 2, 2008, in San Francisco, California.

/s/
NEILL T. TSENG
Assistant United States Attorney

DECL. OF NEILL T. TSENG IN SUPP. OF FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW

-2-