JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Federal Defendants JOHN ASHCROFT and ALBERTO GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN MILWITT, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORPORATION, CORNELL CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS, Does 1-100, <br><br> Defendants. | No. 07-5078 CW <br><br> [PROPOSED] ORDER GRANTING FEDERAL DEFENDANTS JOHN ASHCROFT AND ALBERTO GONZALES'S MOTION FOR ADMINISTRATIVE RELIEF RESETTING DATE OF INITIAL CASE MANAGEMENT CONFERENCE |

    Federal Defendants John Ashcroft and Alberto Gonzales's Motion for Administrative Relief Resetting Date of Initial Case Management Conference (the "Motion") was filed on July 2, 2008. After consideration of the briefs and arguments of counsel, and all other matters presented to the court, IT IS HEREBY ORDERED that the Motion is GRANTED. The initial case management conference scheduled for July 22, 2008 at 2:00 p.m. will now take place on August 26, 2008 at 2:00 p.m.

//

[PROPOSED] ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW

-1-

-2-

1     IT IS SO ORDERED.

3 DATED:

                                      HON. CLAUDIA WILKEN
4                                       United States District Judge

[PROPOSED] ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW