JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California  94102-3495
    Telephone: (415) 436-7155
    FAX: (415) 436-6748
    neill.tseng@usdoj.gov

Attorneys for Federal Defendants JOHN ASHCROFT and ALBERTO GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN MILWITT           . | No. C 07-5078 CW |
| Plaintiff, | |
| v. | **CERTIFICATE OF SERVICE** |
| JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS Does 1-100, | |
| Defendants. | |

    The undersigned hereby certifies that she is an employee of the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers.  The undersigned further certifies that on July 2, 2008, she caused a copy of the following:

1. Federal Defendants John Ashcroft and Alberto Gonzales's Notice of Motion and Motion for Administrative Relief Resetting Date of Initial Case Management Conference,

2. Declaration of Neill T. Tseng in Support of Federal Defendants' Motion for Administrative Relief Resetting Date of Initial Case Management Conference

1  3.  [Proposed] Order Granting Federal Defendants John Ashcroft and Alberto Gonzales's
2     Motion for Administrative Relief Resetting Date of Initial Case Management Conference
3 to be served by mail upon the party(ies) at the address(es) stated below, which is/are the last
4 known address(es):

John Milwitt
1164 Solano Avenue, #122
Albany, CA 94706

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

                                     Very truly yours,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                             /s/
                                     _____
                                     KATHY TERRY
                                     Legal Assistant