JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney
JOANN M. SWANSON (CABN 88143)
Chief, Civil Division
NEILL T. TSENG (CABN 220348)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7155
   FAX: (415) 436-6748
   neill.tseng@usdoj.gov

Attorneys for Federal Defendants JOHN ASHCROFT and ALBERTO GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JOHN MILWITT, <br><br> Plaintiff, <br><br> v. <br><br> JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORPORATION, CORNELL CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS, Does 1-100, <br><br> Defendants. | No. 07-5078 CW <br><br> ORDER GRANTING FEDERAL DEFENDANTS JOHN ASHCROFT AND ALBERTO GONZALES'S MOTION FOR ADMINISTRATIVE RELIEF RESETTING DATE OF INITIAL CASE MANAGEMENT CONFERENCE |

    Federal Defendants John Ashcroft and Alberto Gonzales's Motion for Administrative Relief Resetting Date of Initial Case Management Conference (the "Motion") was filed on July 2, 2008. After consideration of the briefs and arguments of counsel, and all other matters presented to the court, IT IS HEREBY ORDERED that the Motion is GRANTED. The initial case management conference scheduled for July 22, 2008 at 2:00 p.m. will now take place on August 26, 2008 at 2:00 p.m.

//

ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW

-1-

-2-

1 |      IT IS SO ORDERED.

3 | DATED:   7/8/08

_____
HON. CLAUDIA WILKEN
United States District Judge

ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW

-2-

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILWITT et al,

    Plaintiff,

v.

ASHCROFT et al,

    Defendant.

Case Number: CV07-05078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
1164 Solano Avenue
#122
Albany, CA 94706

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Rebecca S. Widen
Haapala, Thompson & Abern LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612

Dated: July 8, 2008

    Richard W. Wieking, Clerk
    By: Sheilah Cahill, Deputy Clerk

ORDER GRANTING FED. DEFS.' MOT. FOR ADMIN. RELIEF RESETTING DATE OF INITIAL CMC
07-5078 CW

-3-