IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,

        Plaintiff,

   v.

JOHN ASHCROFT, et al.,

        Defendants.
                               /

No. 07-05078 CW

ORDER

    On June 18, 2008, the Court issued a Clerk's Notice Taking Motion Under Submission in which the Plaintiff was notified that his opposition to Defendants County of Alameda and Charles Plummer's Motion to Dismiss Pursuant to FRCP 12(b)(6), or Alternatively, Motion for More Definite Statement would be due July 3, 2008.  Plaintiff was warned that failure to timely file an opposition may result in dismissal this case for failure to prosecute.  Plaintiff has not filed an opposition to the motion.

    On June 23, 2008, Federal Defendants John Ashcroft and Albert Gonzales filed a Motion to Dismiss, or in the Alternative, Motion for More Definite Statement.  Plaintiff's opposition to the Federal Defendants' motion is due July 17, 2008.  Accordingly

    IT IS HEREBY ORDERED that the Federal Defendants' Motion to

1  Dismiss, or in the Alternative, Motion for More Definite Statement
2  will be decided on the papers, and the August 7, 2008, hearing is
3  vacated.  **Plaintiff's written opposition to both Alameda County and**
4  **Charles Plummer motion to dismiss and the Federal Defendants'**
5  **motion to dismiss will be due July 17, 2008.  Failure by Plaintiff**
6  **to timely file an opposition to both motions will result in**
7  **dismissal of this case for failure to prosecute.**

           7/9/08
Dated _____         _____
                                     CLAUDIA WILKEN
                                     United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILWITT et al,

        Plaintiff,

v.

ASHCROFT et al,

        Defendant.

Case Number: CV07-05078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 9, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
1164 Solano Avenue
#122
Albany, CA 94706

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Rebecca S. Widen
Haapala, Thompson & Abern LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612

Dated: July 9, 2008

                              Richard W. Wieking, Clerk
                              By: Sheilah Cahill, Deputy Clerk

3