IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MILWITT, | No. C 07-5078 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |
| v. | |
| JOHN ASHCROFT, et al., | |
| Defendants. | |

On June 18, 2008, the Court issued a Clerk's notice taking under submission on the papers Defendants County of Alameda and Charles Plummer's motion to dismiss. The Court instructed Plaintiff that his opposition to the motion would be due July 3, 2008. Plaintiff was warned that failure timely to file an opposition might result in dismissal of the case for failure to prosecute. Plaintiff did not file an opposition to the motion.

On June 23, 2008, Federal Defendants John Ashcroft and Albert Gonzales filed a motion to dismiss. On July 9, 2008, the Court issued an order taking the Federal Defendants' motion under submission on the papers. In that order, the Court advised Plaintiff that his opposition to the Federal Defendants' motion to dismiss would be due by July 17, 2008. In addition, the Court

1  allowed Plaintiff until July 17, 2008 to file an opposition to
2  Alameda County and Charles Plummer's earlier motion to dismiss.
3  However, the Court warned Plaintiff that if he failed to file an
4  opposition by July 17, 2008, his case would be dismissed for
5  failure to prosecute.
6      Plaintiff has not filed an opposition to either motion to
7  dismiss or otherwise contacted the Court.  Accordingly, and good
8  cause appearing therefor, the Court dismisses the case without
9  prejudice for failure to prosecute.  The Clerk shall enter judgment
10 and close the file.

12 Dated: 8/1/08

CLAUDIA WILKEN
United States District Judge

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILWITT et al,

        Plaintiff,

v.

ASHCROFT et al,

        Defendant.

Case Number: CV07-05078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
1164 Solano Avenue
#122
Albany, CA 94706

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Rebecca S. Widen
Haapala, Thompson & Abern LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612

Dated: August 1, 2008

                                Richard W. Wieking, Clerk
                                By: Sheilah Cahill, Deputy Clerk