United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN MILWITT,

    Plaintiff,

  v.

JOHN ASHCROFT, ALBERTO GONZALES, CHARLES PLUMBER, COUNTY OF ALAMEDA, GEO CORPORATION, CORNELL CORRECTIONS, MATHEW LAING, BERNARD ELLIS, FRAN WATKINS,

    Defendants.
    _____/

No. C 07-05078 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Dismissing Case for Failure to Prosecute,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff John Milwitt take nothing, that the action be dismissed without prejudice, and that each party bear its own costs of action.

    Dated at Oakland, California, this 1st day of August, 2008.

                                  RICHARD W. WIEKING
                                  Clerk of Court

                      By: _/s/ Sheilah Cahill_____
                                  SHEILAH CAHILL
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

MILWITT et al,

        Plaintiff,

v.

ASHCROFT et al,

        Defendant.

Case Number: CV07-05078 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 1, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John Milwitt
1164 Solano Avenue
#122
Albany, CA 94706

Neill Tai Tseng
United States Attorney's Office
450 Golden Gate Avenue
9th Floor
San Francisco, CA 94102

Rebecca S. Widen
Haapala, Thompson & Abern LLP
1939 Harrison Street, Suite 800
Oakland, CA 94612

Dated: August 1, 2008

Richard W. Wieking, Clerk
By: Sheilah Cahill, Deputy Clerk